UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YURY MORALES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. C11-7-MJP <br><br> ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* and proposed civil-rights complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED except as to the question of whether a dismissal would constitute a strike under 28 U.S.C. § 1915(g);

(2) Plaintiff's proposed civil rights complaint is DISMISSED without prejudice for frivolousness and for failure to state a claim upon which relief may be granted, 28 U.S.C. § 1915(e)(2)(B);

(3) Plaintiff's application to proceed *in forma pauperis* and motion to appoint counsel are DENIED as moot;

(4) The determination that the dismissal constitutes a strike for the purposes of 28 U.S.C. § 1915(g) is STRICKEN; and

ORDER OF DISMISSAL -1

(5)   The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge James P. Donohue.

DATED this _28th_ day of ___March___, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL -2