# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YURY MORALES,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC H HOLDER JR,<br><br>　　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:11-CV-00007-MJP |

__　__　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

　　　　The Report and Recommendation is adopted and approved except as to the question of whether a dismissal would constitute a strike under 28 U.S.C. § 1915(g). Plaintiff's proposed civil rights complaint is DISMISSED for frivolousness and for failure to state a claim upon which relief may be granted and his application to proceed *in forma pauperis* and motion to appoint counsel are DENIED as moot. The determination that the dismissal constitutes a strike for the purposes of 28 U.S.C. § 1915(g) is STRICKEN.

　　Dated March 28, 2011.

　　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　s/Mary Duett
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk